UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ANTHONY MICHAEL PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:18-CV-00896-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on defendant's Unopposed Motion To Amend the Scheduling Order, and that plaintiff's counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- defendant shall have up to and including December 13, 2018, to file defendant's responsive brief; and
- plaintiff shall have up to and including December 27, 2018, to file a reply brief.

DATED this 23rd day of November, 2018.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [2:18-CV-896-JRC]